No. 01–1075.  UNITED STATES EX REL. GALE *v.* ZENITH DATA SYSTEMS.  C. A. 9th Cir.  Certiorari denied.

No. 01–1146.  INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, AND ORNAMENTAL IRON WORKERS, LOCAL UNION NUMBER 55, ET AL. *v.* WALCHER & FOX, INC.; and

No. 01–1337.  WALCHER & FOX, INC. *v.* INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, AND ORNAMENTAL IRON WORKERS, LOCAL UNION NUMBER 55, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 01–1181.  GERNETZKE ET AL. *v.* KENOSHA UNIFIED SCHOOL DISTRICT NO. 1 ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–1183.  GPM GAS CORP. ET AL. *v.* UNITED STATES EX REL. GRYNBERG.  C. A. 5th Cir.  Certiorari denied.

No. 01–1192.  WILSON *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 01–1193.  YOUNGBLOOD *v.* HY-VEE FOOD STORES, INC. C. A. 8th Cir.  Certiorari denied.

No. 01–1194.  SMALDONE *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–1195.  CARTER ET AL. *v.* ENGINEERED PRODUCTS CO. C. A. 9th Cir.  Certiorari denied.

No. 01–1201.  CITY OF LAKEWOOD *v.* FAIR HOUSING FOUNDATION OF LONG BEACH.  C. A. 9th Cir.  Certiorari denied.

No. 01–1202.  JACKSON *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 01–1204.  EPSTEIN ET AL. *v.* MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL.  Sup. Ct. Del.  Certiorari denied.